**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

THE Z FLATS L.L.C.
2717 TENNYSON ST NW
WASHINGTON, DC  20015-2225

**Business Advantage**

Customer service information

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Fundamentals™ Banking

for August 1, 2023 to August 31, 2023                                            Account number:            6127
THE Z FLATS L.L.C.

## Account summary

| | |
|---|---|
| Beginning balance on August 1, 2023 | $4,040.66 |
| Deposits and other credits | 9,761.72 |
| Withdrawals and other debits | -7,317.01 |
| Checks | -1,580.62 |
| Service fees | -0.00 |
| **Ending balance on August 31, 2023** | **$4,904.75** |

# of deposits/credits: 4
# of withdrawals/debits: 15
# of items-previous cycle[1]: 9
# of days in cycle: 31
Average ledger balance: $8,016.74

[1]Includes checks paid, deposited items and other debits



## Mobile and Online Banking — convenient, secure, simple[1]

Help reduce check fraud by writing fewer checks and switching to digital payments. Scammers are targeting the mail to steal checks and other information.

To learn more, scan the code or go to **bofa.com/BillPay**.



[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. When you use the QRC feature, certain information is collected from your mobile device for business purposes.

SSM-02-23-0509.C | 5471548

THE Z FLATS L.L.C.  |  Account # ▮▮▮▮▮6127  |  August 1, 2023 to August 31, 2023

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

# BANK OF AMERICA

## Your checking account

THE Z FLATS L.L.C.  |  Account # ▇▇▇▇▇ 6127  |  August 1, 2023 to August 31, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---:|
| 08/02/23 | DISTRICT OF COLU DES:LRSP    ID:XXXXXXXXX  INDN:THE Z FLATS LLC    CO ID:3521934645 CCD | 6,335.00 |
| 08/02/23 | WELLS FARGO BANK DES:LRSP 2   ID:XXXXXXXXX  INDN:THE Z FLATS LLC    CO ID:BXXXXXXXXX CCD | 3,169.00 |
| 08/02/23 | BKOFAMERICA ATM 08/02 #000001826 DEPOSIT FRIENDSHIP HEIGHTS WASHINGTON   DC | 173.00 |
| 08/02/23 | CHECKCARD  0731 LOWES #03256* WASHINGTON   DC 74692163213105251 78 | 84.72 |
| **Total deposits and other credits** | | **$9,761.72** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---:|
| 08/07/23 | PEPCO PAYMENTUS  DES:BILLPAY    ID:PEPCO PAYMENTUS  INDN:THE Z FLATS LLC    CO ID:0000000160 WEB | -200.00 |
| 08/07/23 | PEPCO PAYMENTUS  DES:BILLPAY    ID:PEPCO PAYMENTUS  INDN:THE Z FLATS LLC    CO ID:0000000160 WEB | -139.16 |
| 08/07/23 | PEPCO PAYMENTUS  DES:BILLPAY    ID:PEPCO PAYMENTUS  INDN:THE Z FLATS LLC    CO ID:0000000160 WEB | -100.00 |
| 08/07/23 | PEPCO PAYMENTUS  DES:BILLPAY    ID:PEPCO PAYMENTUS  INDN:THE Z FLATS LLC    CO ID:0000000160 WEB | -23.94 |
| 08/08/23 | DC WATER         DES:UTILITYPMT ID:3487002  INDN:Z  FLATS LLC    CO ID:0000007041 WEB | -1,128.39 |
| 08/11/23 | DC TLR cash withdrawal from CHK 6127 | -2,500.00 |
| 08/11/23 | 517GMJ ELECTRIC  DES:SALE       ID: INDN:RICHARD CUNNINGHAM    CO ID:9215986202 CCD | -1,000.00 |
| 08/28/23 | DC TLR cash withdrawal from CHK 6127 | -2,000.00 |
| Card account # XXXX XXXX XXXX 0355 | | |
| 08/01/23 | CHECKCARD  0731 LOWES #03256* WASHINGTON   DC 24692163212104728135511 CKCD 5200 XXXXXXXXXXXX0355 XXXX XXXX XXXX 0355 | -129.80 |
| 08/02/23 | CHECKCARD  0731 CHICK-FIL-A #04529 WASHINGTON   DC 24427333213710030692427 CKCD 5814 XXXXXXXXXXXX0355 XXXX XXXX XXXX 0355 | -15.77 |
| 08/10/23 | BKOFAMERICA ATM 08/10 #000003077 WITHDRWL FRIENDSHIP HEIGHTS WASHINGTON   DC | -20.00 |
| 08/28/23 | CHECKCARD  0826 EQUIFAX CONSUMER 866-640-2273 GA 24692163238105476651658 RECURRING CKCD 7321 XXXXXXXXXXXX0355 XXXX XXXX XXXX 0355 | -19.95 |

*continued on the next page*

BUSINESS ADVANTAGE

## Go paperless. Greater convenience. Less clutter.

Store and review your statements online. You can access up to seven years of account statements — online or from our mobile app — 24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in online to Business Advantage 360 and click on **Profiles & Settings**.

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. Not all account documents are available in paperless format.

SSM-01-23-2637 B  |  5421106



THE Z FLATS L.L.C.  |  Account # ▮▮▮▮ 6127  |  August 1, 2023 to August 31, 2023

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 08/28/23 | BKOFAMERICA ATM 08/28 #000005385 WITHDRWL FRIENDSHIP HEIGHTS WASHINGTON DC | -40.00 |
| **Subtotal for card account # XXXX XXXX XXXX 0355** | | **-$225.52** |
| **Total withdrawals and other debits** | | **-$7,317.01** |

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|---|---|---|---|---|---|---|
| 08/04/23 | 1365 | -580.62 | | 08/04/23 | 1368* | -1,000.00 |
| | | | | **Total checks** | | **-$1,580.62** |
| | | | | **Total # of checks** | | **2** |

\* There is a gap in sequential check numbers

## Service fees

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 07/31/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ✓ $250+ in new net purchases on a linked Business debit card has been met
- ✓ $5,000+ combined average monthly balance in linked business accounts has been met
- ○ Become a member of Preferred Rewards for Business has not been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 08/01 | 3,910.86 | 08/07 | 11,613.09 | 08/11 | 6,964.70 |
| 08/02 | 13,656.81 | 08/08 | 10,484.70 | 08/28 | 4,904.75 |
| 08/04 | 12,076.19 | 08/10 | 10,464.70 | | |

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Now funds deposited by check may be available to you earlier.**

We are changing when funds are available to you when your check deposit is not made in person to one of our employees at a financial center. Beginning August 11, 2023, the funds from your check deposit will be available the first business day after the day of your deposit.

Please keep in mind, all deposits are subject to a hold review at any time – and we may place longer holds on certain items in some cases, which could impact your ability to withdraw or use the deposited funds or result in a reduction of your available balance. For more information, please refer to your Deposit Agreement & Disclosures at bankofamerica.com/deposits/resources/deposit-agreements.go.deposit.

THE Z FLATS L.L.C.  |  Account # ████ 6127  |  August 1, 2023 to August 31, 2023

This page intentionally left blank

THE Z FLATS L.L.C.  |  Account #         6127  |  August 1, 2023 to August 31, 2023

This page intentionally left blank