# BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

## Business Advantage

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

THE Z FLATS L.L.C.
2717 TENNYSON ST NW
WASHINGTON, DC  20015-2225

# Your Business Advantage Fundamentals™ Banking

for September 1, 2023 to September 30, 2023          Account number: ██████6127
**THE Z FLATS L.L.C.**

## Account summary

| | | |
|---|---|---|
| Beginning balance on September 1, 2023 | $4,904.75 | # of deposits/credits: 3 |
| Deposits and other credits | 9,677.00 | # of withdrawals/debits: 19 |
| Withdrawals and other debits | -482.77 | # of items-previous cycle[1]: 2 |
| Checks | -7,366.92 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: $7,655.32 |
| **Ending balance on September 30, 2023** | **$6,732.06** | [1]Includes checks paid, deposited items and other debits |



## Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or **scan this code**.

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.





SSM-12-22-0030A I 5197654

THE Z FLATS L.L.C.  |  Account ███████6127  |  September 1, 2023 to September 30, 2023

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

**BANK OF AMERICA**

**Your checking account**

THE Z FLATS L.L.C.  |  Account # ▉▉▉▉▉ 6127  |  September 1, 2023 to September 30, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 09/05/23 | BKOFAMERICA ATM 09/04 #000006416 DEPOSIT FRIENDSHIP HEIGHTS WASHINGTON   DC | 173.00 |
| 09/05/23 | DISTRICT OF COLU DES:LRSP     ID:XXXXXXXXX  INDN:THE Z FLATS LLC     CO ID:3521934645 CCD | 6,335.00 |
| 09/05/23 | WELLS FARGO BANK DES:LRSP 2   ID:XXXXXXXXX  INDN:THE Z FLATS LLC     CO ID:BXXXXXXXXX CCD | 3,169.00 |
| **Total deposits and other credits** | | **$9,677.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 09/06/23 | REPUBLICSERVICES DES:RSIBILLPAY ID:304118887524  INDN:Z FLATS          CO ID:7860843596 WEB | -175.52 |
| 09/06/23 | PEPCO PAYMENTUS  DES:BILLPAY    ID:PEPCO PAYMENTUS  INDN:THE Z FLATS LLC     CO ID:0000000160 WEB | -76.73 |
| 09/06/23 | PEPCO PAYMENTUS  DES:BILLPAY    ID:PEPCO PAYMENTUS  INDN:THE Z FLATS LLC     CO ID:0000000160 WEB | -73.63 |
| 09/14/23 | WASHINGTON GAS   DES:PAYMENT    ID:110001054441  INDN:Z FLATS, LLC        CO ID:4530162882 WEB | -37.97 |
| 09/14/23 | WASHINGTON GAS   DES:PAYMENT    ID:110001054433  INDN:Z FLATS, LLC        CO ID:4530162882 WEB | -34.29 |
| 09/14/23 | WASHINGTON GAS   DES:PAYMENT    ID:110001054466  INDN:Z FLATS, LLC        CO ID:4530162882 WEB | -34.28 |
| 09/14/23 | WASHINGTON GAS   DES:PAYMENT    ID:110001054425  INDN:Z FLATS, LLC        CO ID:4530162882 WEB | -30.40 |

Card account # XXXX XXXX XXXX 0355

| Date | Description | Amount |
|---|---|---|
| 09/26/23 | CHECKCARD  0926 EQUIFAX CONSUMER 866-640-2273 GA ▉▉▉▉▉ 789 RECURRING CKCD 7321 XXXXXXXXXXXX0355 XXXX XXXX XXXX 0355 | -19.95 |
| **Subtotal for card account # XXXX XXXX XXXX 0355** | | **-$19.95** |
| **Total withdrawals and other debits** | | **-$482.77** |

BANK OF AMERICA BUSINESS ADVANTAGE

## Start receiving online alerts today

Get alerts about your account activity online, by phone or by email. Turn on alerts at **bankofamerica.com/SmallBusiness** by clicking on **Alerts** in the Activity Center.

You may elect to receive alerts via text or email. Bank of America does not charge for this service, but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.                SSM-01-23-2633B | 5421083

THE Z FLATS L.L.C.  |  Account #     6127  |  September 1, 2023 to September 30, 2023

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|--------|---|------|---------|--------|
| 09/05/23 | | -2,000.00 | | 09/01/23 | 1375 | -50.00 |
| 09/05/23 | 1369 | -580.62 | | 09/06/23 | 1376 | -200.00 |
| 09/11/23 | 1370 | -200.00 | | 09/06/23 | 1377 | -200.00 |
| 09/05/23 | 1371 | -16.30 | | 09/19/23 | 1382* | -845.00 |
| 09/05/23 | 1373* | -1,000.00 | | 09/14/23 | 1383 | -2,200.00 |
| 09/05/23 | 1374 | -75.00 | | | | |
| | | | | **Total checks** | | **-$7,366.92** |
| | | | | **Total # of checks** | | **11** |

\*   *There is a gap in sequential check numbers*

## Service fees

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 08/31/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

◯  $250+ in new net purchases on a linked Business debit card has not been met

✓  $5,000+ combined average monthly balance in linked business accounts has been met

◯  Become a member of Preferred Rewards for Business has not been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 09/01 | 4,854.75 | 09/11 | 9,933.95 | 09/19 | 6,752.01 |
| 09/05 | 10,859.83 | 09/14 | 7,597.01 | 09/26 | 6,732.06 |
| 09/06 | 10,133.95 | | | | |

THE Z FLATS L.L.C.   |   Account #███████6127   |   September 1, 2023 to September 30, 2023

This page intentionally left blank

THE Z FLATS L.L.C.   |   Account #███████6127   |   September 1, 2023 to September 30, 2023

THE Z FLATS L.L.C.   |   Account #██████5127   |   September 1, 2023 to September 30, 2023

This page intentionally left blank